The People of the State of Illinois ex rel. Martha Hinz, appellee, v. Fred Hotopp, appellant. Gen. No. 37,390.

Opinion filed June 11, 1934.

Albert C. Boehm, for appellant. Thomas J. Courtney, State's Attorney, for appellee; Edward E. Wilson, J. Albert Woll and Henry E. Seyfarth, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Emile R. Shnable and John B. Quinn, trading as Shnable and Quinn, plaintiffs in error, v. The Sanitary District of Chicago, defendant in error. Gen. No. 37,192.

Opinion filed June 15, 1934. Rehearing denied June 29, 1934.

Leo Conlon, for plaintiffs in error. William Rothmann, Thomas F. Donovan and E. Beebe, for defendant in error; Frank Johnston, Jr., and Meyer C. Edelman, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

John T. Whitlock, trading as Cherokee Remedy Company, appellant, v. Cherokee Medicine Company et al., appellees. Gen. No. 37,014.

Opinion filed June 15, 1934.

Milford H. Olds, for appellant; John F. Bellair, of counsel. Hamlin K. Buchman, for appellees; Mayer Goldberg, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Maurice Laskey, appellant, v. William J. Gormann, appellee. Gen. No. 37,024.

Opinion filed June 15, 1934.

Mr. Presiding Justice Sullivan delivered the opinion of the court.